# United States District Court

EASTERN DISTRICT OF WISCONSIN

MICHAEL OGIDI-GBEGBAJE,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 12-C-1107

SCHNEIDER NATIONAL, INC.,

        Defendant.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that this case is DISMISSED without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Approved:    s/ William C. Griesbach
                    William C. Griesbach, Chief Judge
                    United States District Court

Dated: January 17, 2013.

                    JON W. SANFILIPPO
                    Clerk of Court

                    s/ Mary E. Conard
                    (By) Deputy Clerk